*David S. Monastersky* and *Claudia A. Baio*, in opposition.

Decided November 21, 2005

## STATE OF CONNECTICUT *v.* WILLIE JAMES FAGAN

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 44 (AC 24874), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided November 21, 2005

## CHARLOTTE RUSSELL ET AL. *v.* HOWARD RUSSELL, SR.

## LEIGH R. SCHULTZ, EXECUTRIX (ESTATE OF G. ALTON RUSSELL), ET AL. *v.* RUSSELL LINEN SERVICE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 91 Conn. App. 619 (AC 25497), is denied.

*John-Henry M. Steele*, in support of the petition.

*Richard L. Albrecht, Barbara M. Schellenberg* and *Courtney A. George*, in opposition.

Decided November 29, 2005